# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-664
_____

JOSEPH SHAWN WALKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Santa Rosa County.
J. Scott Duncan, Judge.

July 26, 2019


PER CURIAM.

AFFIRMED.

WOLF, ROBERTS, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Tony L. Henderson of Henderson & Raybon, PLLC, Milton, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.